**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. _____ |
| Plaintiff, | *Felon in Possession of a Firearm* |
| | 18 U.S.C. §§ 922(g)(1) and 924(a)(2) |
| v. | NMT: 10 Years Imprisonment |
| | NMT: 3 Years Supervised Release |
| JUSTIN M. WILLIAMS, | NMT: $250,000 Fine |
| [DOB: 08/26/1992] | Class C Felony |
| Defendant. | $100 Mandatory Special Assessment |

## I N D I C T M E N T

THE GRAND JURY CHARGES THAT:

On or about January 9, 2017, in the Western District of Missouri, JUSTIN M. WILLIAMS,

the defendant herein, having been convicted of a crime punishable by imprisonment for a term

exceeding one year, did knowingly possess, in and affecting commerce, a firearm, to wit, a Kimber,

.45 caliber pistol, bearing Serial Number KU41362, having been transported in interstate commerce.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL.

_____3/6/18_____             _____/s/ Shannon M. Cassidy_____
DATE                                             FOREPERSON OF THE GRAND JURY

/s/ D. Michael Green
D. Michael Green
Assistant United States Attorney
Narcotics & Violent Crimes Unit
Western District of Missouri